# United States District Court
## Southern District of Georgia

EAST COAST LOGISTICS, INC.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-213

MEDITERRANEAN SHIPPING COMPANY (USA) INC.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated March 26, 2020, granting Defendant's Motion to dismiss, judgment is hereby entered dismissing the case. This case stands closed.

Approved by: _____

March 31, 2020                           Scott L. Poff
*Date*                                   *Clerk*

_____
*(By) Deputy Clerk*